IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAKIN ELLEGOOD and LINDSEY MYERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GREYHOUND LINES, INC., | ) ) ) |
| Defendant. | ) ) ) |

CASE NO. 2:21-CV-303-WKW
[WO]

## **ORDER**

Before the court is Defendant's motion for summary judgment. (Doc. # 49). Based upon careful consideration of the arguments, the relevant parts of the record, and the law, it is ORDERED that the motion is DENIED. It is further ORDERED that the pending motion to stay motion for extension of time (Doc. # 48) is DENIED as moot and that the pending motion to strike (Doc. # 58) is also DENIED as moot.

A memorandum opinion will be entered at a later date.

DONE this 28th day of September, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE